USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/21/2021_

**LAW OFFICE
Of
JUAN A. CAMPOS**

**901 Sheridan Avenue**
**Bronx, New York 10451**

**Telephone: (646) 319-4062**
**Email: jcampos405@aol.com**

October 20, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:*   *United States v. Irvin Castillo, Case No.: 19 Cr. 391 (AT)*
        *Request For Extension of Time to Submit Sentencing Memo*

Dear Judge Torres,

    I am respectfully requesting that I be able to submit my Sentencing Memorandum in this matter no later than October 25, 2021. I have been recuperating from ongoing health issue here in Florida and I completely overlooked the submission date in this matter. I sincerely apologize for this oversight. I have spoken to AUSA Michael Herman concerning this request and he has no objections if the Court is inclined to grant a new date for submission.

    I thank the Court for its consideration in this matter.

Sincerely,

s/Juan A. Campos
Juan A. Campos Esq.

Cc: AUSA Michael Herman

GRANTED. By **October 25, 2021**, Defendant
Castillo shall submit his sentencing
memorandum.

SO ORDERED.

Dated: October 21, 2021
       New York, New York

**ANALISA TORRES**
**United States District Judge**